No. 1418. VASQUEZ v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1419. O'BRIEN, CORRECTIONAL SUPERINTENDENT v. SAVILLE. C. A. 1st Cir. Certiorari denied.

No. 1421. IOWA v. CULLISON, JUDGE. Sup. Ct. Iowa. Certiorari denied.

No. 1422. WELTRONIC CO. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 6th Cir. Certiorari denied.

No. 1425. BROADRIVER, INC. v. CITY OF STAMFORD ET AL. Sup. Ct. Conn. Certiorari denied.

No. 1428. PUCHALSKI v. NEW JERSEY STATE PAROLE BOARD. Sup. Ct. N. J. Certiorari denied.

No. 1431. CORWIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 1436. CARTER-WALLACE, INC. v. FINCH, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. C. A. 4th Cir. Certiorari denied.

No. 1437. MUCIE v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 1438. CROWN CENTRAL PETROLEUM CORP. v. TREXLER, ADMINISTRATRIX, ET AL. C. A. 4th Cir. Certiorari denied.

No. 1443. COSTA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.